STATE OF OHIO           )
CITY OF CINCINNATI      )   ss:
HAMILTON COUNTY         )

### Affidavit of Officer Mark McChristian, Cincinnati Police Department

Now comes Police Officer Mark McChristian of the Cincinnati Police Department having been duly cautioned and sworn who says the following based upon his personal knowledge:

1) I am currently employed by the Cincinnati Police Department as a canine officer.

2) I have been a sworn peace officer in the State of Ohio for 12 years.

3) On March 16, 2011, I was assigned to the canine unit of the Cincinnati Police Department and working uniformed patrol.

4) On or around 12:42 AM, I was on patrol in the north end of the Over-the Rhine neighborhood of the City of Cincinnati.

5) A red 2006 Toyota Rav4 bearing Kentucky license plate 891 DYG drew my attention because of a suspicious interaction between the driver and an individual loitering on the street.

6) I queried the license plate through the Regional Crime and Information Center database and discovered it had been reported as stolen.

7) I now know that vehicle was operated by Mark Gerth.

8) I requested a second uniformed patrol officer to assist me in conducting a traffic stop of the Rav4.

9) Mark Gerth pulled his vehicle to the curb around 2300 Vine Street as if he was going to park before I activated my emergency lights.

10) When addition uniformed patrol units arrived, I activated my emergency lights and began to exit my police cruiser, however Mark Gerth pulled away from the curb and turned east down Thill Street.

11) I re-entered my vehicle, activated the siren on my police cruiser and turned to follow Mark Gerth east on Thill Street.

{00156286-2}

12) Police Officer Timothy Lanter fell in behind me in his police cruiser to provide additional uniformed support.

13) Officer Lanter identified himself over the radio to communications as the secondary police vehicle involved in the pursuit as indicated on or around 23:40:46 on my mobile video recording from my police cruiser.

14) Officer Lanter also notified communications over his radio that I was the primary pursuit unit as indicated on or around 23:40:46 on my mobile video recording from my police cruiser.

15) Officer Lanter re-notified communications over his radio that I was the primary pursuit unit and he was the secondary pursuit unit on or around 23:42:33 on my mobile video recording from my police cruiser.

16) During the pursuit of Mark Gerth, Officer Lanter and I paused at all stop signs and red traffic lights, yielded to moving civilian vehicles, and entered intersections only when it was safe.

17) Because I was pausing at every stop sign, I lost sight of Mark Gerth as he approach Martin Luther King, Jr. Drive on Euclid Avenue as indicated on or around 23:42:46 on my mobile video recording from my police cruiser.

18) Officer Lanter notified communications over his radio that the speed of the pursuit was about 40 miles a hour, as indicated on or around 23:43:14 on my mobile video recording from my police cruiser.

19) After I lost sight of Mark Gerth, I turned right down Rochelle Avenue and I reacquired the red Rav4 as it traveled south on Eden Avenue as indicated on or around 23:42:50 on my mobile video recording from my police cruiser.

20) While other police cruisers were along the pursuit route performing other safety functions such as blocking other vehicular traffic, only two units, myself and Officer Lanter, actively pursued Mark Gerth.

{00156286-2}

21) At no point during the pursuit did I feel that following Mark Gerth created an unreasonable risk to civilian life or property for the following reasons:

    a. The pursuit started just before 1:00 AM on a cold, Wednesday in March so I believed there would be little or no vehicular or pedestrian traffic.

    b. Weather conditions were cold, cloudy and dry.

    c. During the pursuit, I saw no pedestrian traffic.

    d. During the pursuit, I saw limited vehicular traffic.

    e. All civilian vehicles stopped and yielded.

    f. We encountered our first vehicular traffic approximately one third of the way through the pursuit in front of Christ Hospital in Mount Auburn on or around 23:40:55 on my mobile video recording from my police cruiser.

    g. Mark Gerth yielded to a vehicle in the intersection of Auburn Avenue and East McMillian Avenue on or around 23:42:15 on my mobile video recording from my police cruiser.

    h. Until Mark Gerth crashed downtown, there were no near misses with other vehicles.

    i. Both myself and Officer Lanter were not closely following Mark Gerth, both because we were pausing at all stop signs and red traffic lights and not to increase Mark Gerth's recklessness as he fled.

    j. I indicated I was losing sight of Mark Gerth on or around 23:42:50 on my mobile video recording from my police cruiser, due to pausing at all stop signs and red traffic lights

    k. I was over three blocks behind Mark Gerth when he crashed at 8th Street and Sycamore Street as indicated on or around 23:45:35 on my mobile video recording from my police cruiser.

{00156286-2}

1. I did not take any aggressive action that would drastically increase the risk to the public, including ramming Mark Gerth with my police cruiser or attempting a pit maneuver.

22) Mark Gerth lost control of the Rav4 when he ran a red light, striking a 2001 silver Chrysler PT Cruiser and subsequently hitting a marked taxi cab, a 2000 Ford Crown Victoria while I was three blocks away at Central Parkway and Sycamore Street on or around 23:45:35 on my mobile video recording from my police cruiser.

23) Mohamed Ould Mohamed Sidi and Tonya Hairston, the two occupants of the taxi cab, were killed.

24) A toxicity test conducted on Mark Gerth after the incident indicated he had alcohol, cocaine, and marijuana in his system.

25) Mark Gerth was charged with two counts of murder, four counts of aggravated vehicular homicide, aggravated vehicular assault, vehicular assault, receiving stolen property, failing to comply with a signal of a police officer, and two counts of failing to stop after an accident.

26) I provided testimony during the jury trial in support of the prosecution that resulted in a conviction and sentence of 45 and a half years in prison for Mark Gerth.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Police Officer Mark McChristian

Sworn to and Subscribed in my presence this ___ day of _____ 2015.

Mark Robert Patrick Manning, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

_____
Notary Public

{00156286-2}