STATE OF OHIO )
CITY OF CINCINNATI ) ss:
HAMILTON COUNTY )

### Affidavit of Sergeant Matthew Vogeler, Cincinnati Police Department

Now comes Sergeant Matthew Vogeler of the Cincinnati Police Department having been duly cautioned and sworn who says the following based upon his personal knowledge:

1) I am currently employed by the Cincinnati Police Department.

2) I have been a sworn peace officer in the State of Ohio for 14 years.

3) On March 16, 2011, I was assigned as a supervisor for the downtown services unit of the Cincinnati Police Department and working uniformed patrol.

4) On or around 12:42 AM, Officer Mark McChristian attempted to conduct a traffic stop of a suspected stolen vehicle, a red 2006 Toyota Rav4, Kentucky license plate 891 DYG.

5) I now know that vehicle was operated by Mark Gerth.

6) Mark Gerth refused to comply with Officer McChristian's signal and turned his vehicle down Thill Street.

7) Officer Timothy Lanter followed Officer McChristian to provide additional uniformed support.

8) I took command of the pursuit by radio as the officer in charge and monitored the radio traffic of the incident approximately 15 seconds into the pursuit when the officers reached Rice Street and Mulberry Street.

9) I identify myself over the radio as 1730.

10) Officer Lanter kept me apprised of the location and direction of the pursuit as well as the speed of the vehicles involved.

11) I monitored updates from the officers by radio.

12) Officer Lanter identified himself as the secondary pursuit unit and Officer McChristian as the primary in response to my request while on Mulberry Street.

{00156287-1}

13) Based on the radio traffic that I monitored, only Officer McChristian and Officer Lanter were actively involved in pursing Mark Gerth.

14) A supervisor asked for an update regarding the units and speed involved when the pursuit reached Euclid Avenue.

15) Officer Lanter responded and indicated he and Officer McChristian were the primary and secondary units.

16) Officer Lanter also indicated the speed of the pursuit was approximately 40 miles a hour.

17) At no point during the pursuit did I feel that following Mark Gerth created an unreasonable risk to civilian life or property for the following reasons:

   a. The pursuit started just before 1:00 AM on a cold, Wednesday in March so I believed there would be little or no vehicular or pedestrian traffic.

   b. Weather conditions were cold, cloudy and dry.

   c. Based on the radio traffic that I monitored, the officers were adhering to their training by identifying primary and secondary units, the speed of the vehicles, as well as the location of the pursuit, so I believed they would follow their training and not take any action to increase the risk of injury to persons or property.

   d. The officers involved sounded to be in control of the pursuit, not panicked or excited.

   e. The speed of the pursuit as indicated by Officer Lanter was not excessive.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sergeant Matthew Vogeler

Sworn to and subscribed in my presence this 2nd day of January 2015.

Mark Robert Patrick Manning, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

_____
Notary Public

{00156287-1}